UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re **CRYSTAL DESSASO**  Case No. 23-43853-MLO
Chapter 7
Debtor. Judge: OXHOLM

_____/

## ORDER ALLOWING WITHDRAWAL OF DEBTORS' COUNSEL

This matter came before the Court on a Motion by the Acclaim Legal Services, PLLC. All interested parties have been served with notice of the Motion and no objections have been filed, or any filed objections have been resolved. The Court being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED:

A. Acclaim Legal Services, PLLC's Motion to Withdraw as Counsel is APPROVED.

B. Acclaim Legal Services, PLLC is released as the Debtor's counsel in the above-captioned matter.

C. The Court retains jurisdiction in this matter.

D. The Debtor has the burden of keeping the Court informed where notices, pleadings, or other papers may be served.

E. The Debtor has the obligation to prepare for any hearings or conferences or hire other counsel to prepare for such hearings or conferences when there are pending hearings or conference dates.

F. If substitute counsel is not hired, the Debtor has the obligation to decide whether to respond to any motions that may be filed in the above-captioned matter, to file a timely response, and to respond to any Orders of the Court that require the Debtor to respond.

G. If the Debtor fails or refuses to meet these burdens, the Debtor may suffer possible consequences, including, but not limited to, having funds on hand with the Trustee be re-directed to another entity, be held in contempt of Court, and/or receive a ban on re-filing for bankruptcy.

H. The dates of any pending proceedings, including conferences and hearings on contested matters, will not be affected by the withdrawal of counsel.

I. Service of process may be served upon the Debtor's last known address.

**Signed on June 6, 2025**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge