| Information to identify the case: | | |
|---|---|---|
| Debtor 1<br>**Crystal Dessaso**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4001<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Eastern District of Michigan | |
| Case number:   23-43853-mlo | |

## Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Crystal Dessaso
aka Crystal Mitchell Johnson , aka Crystal Mitchell-Bryant, aka Crystal Mitchell, aka Crystal Johnson

8/19/25                                                                  **By the court:** /s/ Maria L. Oxholm
                                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

23-43853-mlo   Doc 106   Filed 08/21/25   Entered 08/22/25 00:37:05   Page 1 of 5

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:   Case No. 23-43853-mlo
Crystal Dessaso   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2     User: admin     Page 1 of 3
Date Rcvd: Aug 19, 2025     Form ID: 318     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal Dessaso, 15241 Kenwood, Oak Park, MI 48237-2414 |
| 28467466 | | 45th District Court, 3338 Coolidge, Oak Park, MI 48237 |
| 27654252 | ++ | ASPIRE VISA, P O BOX 105555, ATLANTA GA 30348-5555 address filed with court:, Aspire, Payment Processing, PO Box 23007, Columbus, GA 31902-3007 |
| 27664596 | + | Anthony Wayne Kahn, 33110 Grand River Ave, Farmington, MI 48336-3120 |
| 28467464 | + | Bingham Ventures 1977 LLC, 30100 Telegraph Rd. 366, Bingham Farms, MI 48025-5800 |
| 27654267 | | Kunal Gambhir, c/o Barry L. Brickner, Esq., 2858 Orchard Lake Rd., Ste. 201, Farmington, MI 48334 |
| 27719899 | | Kunal Gambhir, c/o Anthony Kahn P41258, P.O. Box 1133, Farmington, MI 48332 |
| 27712005 | + | Southfield Professional Lease, LLC, c/o Osipov Bigelman, PC, 20700 Civic Center Dr., Ste. 420, Southfield, MI 48076-4140 |
| 27654282 | + | Yevgeniy Stefadu, 5215 Crowfoot Dr., Troy, MI 48085-4095 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27654251 | + | Email/Text: bankruptcynotices@36thdistrictcourt.org | Aug 19 2025 21:55:00 | 36th District Court, 421 Madison Ave., Attn: Case No. 17126192GC, Detroit, MI 48226-2382 |
| 27654253 | + | EDI: TSYS2 | Aug 20 2025 01:34:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 27654257 | | Email/Text: cfcbackoffice@contfinco.com | Aug 19 2025 21:54:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 27654254 | + | EDI: CAPITALONE.COM | Aug 20 2025 01:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 27654255 | + | Email/Text: omx-bnc-bk-notices@chime.com | Aug 19 2025 21:54:00 | Chime/Stride Bank, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 27654256 | + | EDI: CITICORP | Aug 20 2025 01:33:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 27654258 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2025 22:03:37 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 27654259 | | Email/Text: bankruptcycourts@equifax.com | Aug 19 2025 21:54:00 | Equifax Information Services, LLC, PO Box 740256, Atlanta, GA 30374 |
| 27654260 | ^ | MEBN | Aug 19 2025 21:46:10 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 27654262 | | Email/Text: BNSTAZ@capitalsvcs.com | Aug 19 2025 21:53:00 | Fnbo/ccs, Attn: Bankruptcy, Po Box 5081, Sioux Falls, SD 57117 |
| 27654261 | | Email/Text: BNSFS@capitalsvcs.com | Aug 19 2025 21:53:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 27739257 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2025 21:53:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Michigan 48098-2639 |
| 27654263 | + | EDI: PHINGENESIS | Aug 20 2025 01:34:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 27654264 | ^ | MEBN | Aug 19 2025 21:49:34 | Innovis, PO Box 530086, Atlanta, GA 30353-0086 |
| 28435491 | | EDI: IRS.COM | Aug 20 2025 01:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 27654266 | + | EDI: CAPITALONE.COM | Aug 20 2025 01:33:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 27667794 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2025 22:03:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 27654271 | | Email/Text: EBN@Mohela.com | Aug 19 2025 21:53:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 27654268 | ^ | MEBN | Aug 19 2025 21:46:27 | Michigan Attorney General, 525 W. Ottawa, P.O. Box 30212, Lansing, MI 48909-7712 |
| 27654269 | + | Email/Text: Treas-CSB-BKY-Notices@michigan.gov | Aug 19 2025 21:55:00 | Michigan Department of Treasury, Collections Division - Bankruptcy, PO Box 30168, Lansing, MI 48909-7668 |
| 27654270 | | EDI: PHINGENESIS | Aug 20 2025 01:34:00 | Milestone Bank, Bankcard Services, PO Box 84059, Columbus, GA 31908-4059 |
| 27654272 | ^ | MEBN | Aug 19 2025 21:49:24 | Mohela, Po Box 82561, Lincoln, NE 68501-2561 |
| 27665186 | + | EDI: NFCU.COM | Aug 20 2025 01:34:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 27654273 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 19 2025 22:03:18 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 27654274 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 19 2025 22:17:14 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 27853203 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 19 2025 21:53:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 27708520 | | EDI: Q3G.COM | Aug 20 2025 01:34:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 27654275 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2025 22:02:11 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 27654276 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 19 2025 21:55:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 27668256 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 19 2025 21:55:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 27712329 | | Email/Text: bankruptcy@springoakscapital.com | Aug 19 2025 21:53:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 27654277 | + | EDI: TCISOLUTIONS.COM | Aug 20 2025 01:34:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 27654278 | ^ | MEBN | Aug 19 2025 21:46:49 | TransUnion Consumer Solutions, PO Box 2000, Chester, PA 19016-2000 |
| 27654279 | + | Email/Text: USAMIE.BNCElectronicBankruptcyNotices@usdoj.gov | Aug 19 2025 21:53:00 | U.S. Attorney, 211 W. Fort St, Detroit, MI 48226-3269 |
| 27654281 | | Email/Text: bankruptcies@uplift.com | Aug 19 2025 21:53:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 27670638 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 19 2025 21:55:00 | US DEPARTMENT OF EDUCATION C/O |

| Recip ID | | Name and Address |
|---|---|---|
| 27654280 | ^ MEBN | NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| | Aug 19 2025 21:46:17 | Unemployment Insurance Agency, Benefit Overpayment Collection Unit, PO Box 9045, Detroit, MI 48202-9045 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 28467465 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 28435515 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 27654265 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Heather R. Burnard | on behalf of Creditor Lakeview Loan Servicing LLC EasternECF@Trottlaw.com |
| Heather R. Burnard | on behalf of Creditor Newrez Llc EasternECF@Trottlaw.com |
| Jason M. Milstone | on behalf of Creditor Consumers Energy Company bankruptcyfilings@cmsenergy.com |
| Scott A. Gies | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC EasternECF@trottlaw.com |
| Scott A. Gies | on behalf of Creditor Lakeview Loan Servicing LLC EasternECF@trottlaw.com |
| Scott A. Gies | on behalf of Creditor Newrez Llc EasternECF@trottlaw.com |
| Scott A. Gies | on behalf of Creditor Rocket Mortgage Llc EasternECF@trottlaw.com |
| Timothy J. Miller | miller7trustee@gmail.com MI45@ecfcbis.COM;d3becker@gmail.com |
| Yuliy Osipov | on behalf of Creditor Southfield Professional Building LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com |

TOTAL: 9